*940 LOKEN, Circuit Judge,
concurring.
I join Chief Judge Riley’s thorough opinion for the court with the exception of Part II.A.2.C.
I also note that, as in Lamonica v. Safe Hurricane Shutters, Inc., 711 F.3d 1299 (11th Cir.2013), appellants have not challenged on appeal the award of liquidated damages under the Fair Labor Standards Act. We therefore do not consider that issue. But in my view, the question whether the Supreme Court’s decision in Hoffman Plastic Compounds, Inc. v. NLRB, 535 U.S. 137, 122 S.Ct. 1275, 152 L.Ed.2d 271 (2002), may require a modified analysis of the liquidated damages issue, at least in some cases, is not free from doubt. See Madeira v. Affordable Housing Found., Inc., 469 F.3d 219, 255 (2d Cir.2006) (Walker, J., concurring); Rivera v. NIBCO, Inc., 384 F.3d 822, 833-35 (9th Cir.2004) (Bea, J., dissenting from the denial of rehearing en banc).